UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

CRIMINAL ACTION NO. 1:07-CR-43-M

UNITED STATES OF AMERICA,                                                                 PLAINTIFF,

VS

CARLOS RADEL CONN,                                                                        DEFENDANT.

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Rule 11, Federal Rules of Criminal Procedure, and has entered a PLEA OF GUILTY to Count Two of the Indictment. After cautioning and examining the Defendant, under oath, concerning each of the subjects mentioned in Rule 11, I determined that the GUILTY PLEA was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. I, therefore, recommend that the PLEA OF GUILTY be accepted and that the Defendant be adjudged GUILTY and have sentence imposed accordingly.

## **NOTICE**

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United Sates District Judge.  28 U.S.C. 636(b)(1)(B).

Copies to:    Counsel
              U. S. Marshal
              U. S. Probation
              Ms. Erica Skinner, Case Manager
              Ms. Pat Harralson, Secretary